**UNITED STATES V. JASON PALMER**
**1:23-CR-92-JAW**

**EXHIBIT B**









